**Order entered October 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00909-CV

### IN THE INTEREST OF O.M. AND M.M., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-53875-2018**

## ORDER

Before the Court is appellant's October 7, 2019 motion to extend time to file her corrected opening brief. We **GRANT** the motion and **ORDER** the corrected opening brief be filed no later than October 31, 2019.

/s/    BILL WHITEHILL
        JUSTICE